JUN 30 2022
Clerk, U.S. Courts
District of Montana
Helena Division

Rosemary Covert
Petitioner

✓

Austin Micu
Respondant

Complaint: When A officer sexualy assults A Female By Patsercnin her against her will in a closed office with no female officer present.

Cause no.

In The County of Powell

Here Comes on May 6 2022 Austin Micu arrested Joseph W Covert. On May 6 2022 Rosemary J Covert Also Known as Rosemary Lamb, was excessively questioned along side of interstate. She was asked about Joseph Coverts actions That day. Rosemary Covert Stated That they were Chased out of Helena MT By Banditos after Joseph Covert had Sold Hells Angels methamphe -ine on Banditos' Territory. Austin Micu did not Believe Rosemary and left it out of the Report. Rosemary and A.L and A.C Children that Are Rosemary and Josephs Children were Taken To Deerlodge Hospital By Ambulance To be Sure That They had No injurys. The Children A.L. And A.C. were Cleared as uninjured at Deerlodge medical. While At The Hospital Austin micu Continued to question Mrs Covert Asking The Same questions Repetedly. Rosemary Became angry about the line of Repeated questions as Austin micu thought she was lying Mr Micu Then Asked Forcably for

Rosemary to go outside with him so the children would not hear them arguing about what was the truth as Rosemary said it. Austin Micu then drove Rosemary to Deer Lodge Jail to see her husband and be united with her two small children A.L. And A.C. When they got to the Jail Austin Micu then brought Rosemary into the jail. He continued asking the same repetitive questions as if to sway Rosemary's story on what she had said. Rosemary was led to a office where the door was shut by Austin Micu. He then asked Rosemary if he could pat search her when she became hesitant and Austin Micu then said he would turn on a camera. As far as Rosemary could see no camera was turned on. Mr. Micu then asked Rosemary to remove her sweatshirt and lift up her under shirt to above her middrift. Then he "patted her down" as Rosemary stated. Rosemary stated that her father Raymond Lamb is a Retired Federal Police Officer from Sydney MT, And she states "it felt wrong as if Austin was feeling farther up my leg even brushing his hand accross my vigina". "And I know being a Tribal Cops Daughter" Rosemary states she dont understand why it was nessesary to pat me down at all after we left the scean where Joe was in custody

Fourth and Fifth Amendments

Malley v. Briggs, 475 US 335, 341 106 S. Ct 1092, 89 L.Ed. 2d 1986) (As the qualified immunity defense has evolved, it provides ample protection to all but the plainly incompetent or those who knowingly violate the law.

I submit that the 20% 80% rule (AKA the Pareto principle) of economics applies to police investigation. But of Rediculously low standards of probable cause, 80% of what the officer needs to know to act "correctly" (i.e., be "Objectively Reasonable") under the fourth amendment comes from 20% of the info.

Rosemary feels violated, groped and has suffered night terrors waking in cold sweats her life has been impacted by Nervousness around cops and male figures make her very Nervouse Rosemary is isolated now and As Remidied wants Austin micu Reprimand and cited for misconduct also wants $25,000 in punitive damages. Rosemary's Been Sexualy assulted Before and now has Flashbacks P.T.S.D and is doing all she can to get past what demining and wrongs she can that she Had already worked so hard to over come

"Amendment 4 Unreasonable search and seizure
   The right of the people to be secure in their persons, houses, and effects, against unreasonable serches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be searched."

Rosemary feels as if her Rights were violated as she was Groped and not pat searched AT ALL. Austin Micu then argued with other officers over who would give her a Ride Home To Helena. Austin Micu then argued with officers stating I meaning Austin Micu should because I questioned her. Austin then had Rosemary Ride in the Front instead of the back as happened earlier that night. He on the way continued to ask the same questions And Also threatened Rosemary by saying Joseph your husband will never be around your children again. Under oath of perjury I certify that all facts are true and factual under penalty of law

Dated this 22 Day of June 2022.