IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROSEMARY COVERT, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN MICU, <br><br> Defendant. | CV 22-0053-SEH <br><br> ORDER |

On June 30, 2022 Pro Se Plaintiff Rosemary Covert filed a 42 U.S.C § 1983 Complaint, a Motion for Leave to Proceed in Forma Pauperis, and a Motion to Appoint Counsel[1] in which she asserted that following the arrest of her husband, Joseph Covert, she was interrogated, eventually patted down and searched by Officer Austin Micu at the Deer Lodge Jail,[2] and that the search constituted both a sexual assault and a violation of Fourth and Fifth Amendment rights.[3] Injunctive relief, compensatory damages, and punitive damages against Officer Micu are sought.[4]

On the same day Plaintiff's complaint was filed, Plaintiff's husband, Joseph Covert, filed a separate civil rights action.[5] Rosemary Covert's Motion to Proceed

---

[1] See Docs. 1, 2 & 3.
[2] Comp. Doc. 2 at 1-2.
[3] *Id.* at 3.
[4] *Id.* at 3-4.
[5] See, *Covert v. Deer Lodge Jail, et al.*, Cause No. CV-22-52-H-SEH, Comp. (filed June 30, 2022).

in Forma Pauperis in Cause No. 6:22-cv-00053-SEH, requests that the same motion be utilized in Joseph Covert's case, Cause No. 6:22-cv-SEH-00052, against the Deer Lodge Jail.[6]

Joseph Covert does not represent Rosemary Covert. He may not act for or seek relief on her behalf in Cause No. 6:22-cv-00053-SEH.[7]

**ORDERED**

1. This case is DISMISSED without prejudice.

2. All pending motions are DENIED as moot.

DATED this 8th day of July, 2022.

Sam E. Haddon
United States District Court Judge

---

[6] Doc. 1 at 5.
[7] See, *Russell v. United States*, 308 F. 2d 78, 79 (9th Cir. 1962) ("a litigant appearing in propria persona has no authority to represent anyone other than himself").