# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

_____

| | |
|---|---|
| ROSEMARY COVERT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 22-53-H-SEH |
| vs. | |
| AUSTIN MICU, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

Dated this 8th day of July, 2022.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk